UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SOFTMART, INC., et. al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 4:05CV285 RWS |
| | ) |
| SOFTWARE PLUS, LTD., | ) |
| | ) |
| Defendant. | ) |

## **MEMORANDUM AND ORDER**

This matter is before me on the motion of Geoffrey Gerber and Richard Kuhlman of the firm Blackwell, Sanders, Pepper & Martin, LLP, and Elizabeth Dunning of the firm Holme, Roberts & Owen, LLP, to withdraw from the representation of Plaintiff Richard Pogue. On July 28, 2005, I issued an Order setting a hearing on the matter. In that Order, I ordered Pogue to attend the hearing. Pogue disregarded that Order and did not attend the hearing. On August 11, 2005, I issued a Show Cause Order directing Pogue to show cause as to why the motion to withdraw should not be granted. Pogue has failed to respond to the Show Cause Order. As a result, I will grant the motion to withdraw.

Accordingly,

**IT IS HEREBY ORDERED** that the motion of Geoffrey Gerber and Richard Kuhlman of the firm Blackwell, Sanders, Pepper & Martin, LLP, and

Elizabeth Dunning of the firm Holme, Roberts & Owen, LLP, to withdraw from the representation of Plaintiff Richard Pogue [#43] is **GRANTED**.

Dated this 6th Day of September, 2005.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE