UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SOFTMART, INC., et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:05CV285 RWS |
| | ) | |
| SOFTWARE PLUS, LTD., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that the Joint Motion to Enlarge ADR Referral and to Amend Case Management Order [#53] is **GRANTED**.

**IT IS FURTHER ORDERED** that the time for mediation shall be extended until **November 30, 2005**.

**IT IS FURTHER ORDERED** that the Case Management Order shall be amended in the following ways:

    (1)    Parties bearing the burden of proof shall disclose all expert witnesses and shall provide the reports required by Rule 26(a)(2) no later than **December 12, 2005**, and shall make expert witnesses available for depositions, and have depositions completed, no later than **January 16, 2006**.

(2) Parties with rebuttal experts shall disclose all expert witnesses and shall provide the reports required by Rule 26(a)(2) no later than **February 13, 2006**, and shall make expert witnesses available for depositions, and have depositions completed, no later than **March 13, 2006**.

Dated this   17th   Day of October, 2005.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE