UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SOFTMART, INC., and RICHARD POGUE | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | )  Case No. 4:05CV285 RWS ) |
| SOFTWARE PLUS, LTD., | ) ) ) |
| Defendant. | ) |

## **ORDER**

In accordance with the default judgment hearing held on January 19, 2006, on the record,

**IT IS HEREBY ORDERED** that Software Plus, Ltd.'s, Motion for Default Judgment on its Counterclaim Against Defendant Richard Pogue [#58] is **GRANTED**.

Dated this 19th day of January, 2006.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE